# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Case No. 10-CR-084--RAW |
| ) | |
| MARVIN LORNELL VEALY, ) | |
| ) | |
| *Defendant*. ) | |

## NOTICE OF DISMISSAL

COMES NOW the plaintiff, United States of America, by and through United States Attorney Mark F. Green and Assistant United States Attorney Christopher J. Wilson, and dismisses the Indictment returned on December 8, 2010, as to the defendant MARVIN LORNELL VEALY, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

MARK F. GREEN
United States Attorney


s/ Christopher J. Wilson
CHRISTOPHER J. WILSON, OBA# 13801
Assistant United States Attorney
1200 West Okmulgee
Muskogee, OK  74401
Telephone: (918) 684-5100
FAX: (918) 684-5150

LEAVE GRANTED FOR FILING:

**Dated this 7th day of August, 2012.**

Ronald A. White
United States District Judge
Eastern District of Oklahoma